UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

TAMIKA YOUNG

       Plaintiff(s),

                    :      CIVIL #12-05215  (RBK)

-vs-                    :      **ORDER OF DISMISSAL**

UNITED STATES OF AMERICA,
ET AL.

       Defendant(s).

-----------------------------------------------------------------

It having been reported to the Court that the above-captioned action has been settled as to defendants **Heather Crawford, D.O., Beverly E. Tew, M.D.,** and **Cooper University Hospital** only;

It is on this 9TH day of June   **20<u>16</u> ;**

**ORDERED** that this action is hereby dismissed as to defendants **Heather Crawford, D.O., Beverly E. Tew, M.D.,** and **Cooper University Hospital** only, without costs and without prejudice to the right, upon good cause shown, within 60 days, to reopen this action if the settlement is not consummated.  The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over such agreement.

                                            s/Robert B. Kugler
                                            HON. ROBERT B. KUGLER,  U.S.D.J.

cc:    Hon. Ann Marie Donio , U.S. Magistrate Judge
        All Counsel on Record
        File