UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TAMIKA YOUNG, as parent and
Natural Guardian of JY, a minor,      :
                                       :
                Plaintiff,             :   Civil No. 12- 05215 (RBK) (AMD)
                                       :
        v.                             :
                                       :   HONORABLE ROBERT B. KUGLER
UNITED STATES OF AMERICA, et al.,      :
                                       :
                Defendants.            :

## STIPULATION OF DISMISSAL WITH PREJUDICE

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against Defendant United States of America,

FRIEDMAN SCHUMAN, P.C.                 PAUL J. FISHMAN
                                       United States Attorney


_____       _____
Derek R. Layser, Esquire              Elizabeth A. Pascal
Attorneys for Plaintiffs              Assistant U.S. Attorney
                                      Attorneys for Defendant
                                      United States of America

Dated: 1/31/2017                      Dated: 2/1/2017